705 A.2d 1296

## UNIONTOWN AREA SCHOOL DISTRICT

v.

## PENNSYLVANIA LABOR RELATIONS BOARD in Behalf of UNIONTOWN AREA EDUCATION ASSOCIATION and Yolanda S. Defino.

### Petition of UNIONTOWN AREA EDUCATION ASSOCIATION and Yolanda S. Defino.

Supreme Court of Pennsylvania.

Feb. 19, 1998.

## *ORDER*

PER CURIAM.

AND NOW this 19th day of February, 1998, the Petition for Allowance of Appeal is GRANTED, limited to the issue of whether PERA covers a union employee who applies for a non-promotion, management position outside the bargaining unit.